UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brandy McCreary,

    Plaintiff,

v.

Res-Care Ohio, Inc. dba Rescare Homecare,

    Defendant.

Civil Action No. 3:21-cv-525-JRK

Judge James R. Knepp II

## AGREED DISMISSAL ORDER

Plaintiff Brandy McCreary and Defendant Res-Care Ohio, Inc., by their respective counsel, inform this Court that all issues and disputes in the above-styled civil action have been compromised and settled. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move this Court to dismiss, with prejudice, all claims regarding the matter at issue in this litigation.

This Court, being advised of the settlement and compromise of all the claims, does hereby **ORDER** that all claims in the above-styled civil action are **DISMISSED WITH PREJUDICE**. This case shall be stricken from the docket of the Court.

The Clerk is directed to send a certified copy of this Agreed Dismissal Order to counsel of record listed below.

Entered this __18th__ day of __November__ 2021.

_____
The Honorable Judge James R. Knepp II

Respectfully submitted by:

| | |
|---|---|
| */s/ Frank Landry (via email authorization 11/7/2021)* <br> Frank Landry <br> Wasserman, Bryan, Landry & Honold, LLP <br> 1090 West South Boundary, Suite 500 <br> Perrysburg, Ohio 43551 <br> (419) 243-1239 <br> Flandry308@aol.com <br> *Counsel for Plaintiff* | */s/ Catherine F. Burgett* <br> Catherine F. Burgett (0082700) <br> Katherine M. Collier (0097082) <br> Frost Brown Todd LLC <br> 10 West Broad Street, Suite 2300 <br> Columbus, OH 43215 <br> T: (614) 464-1211 <br> F: (614) 464-1737 <br> cburgett@fbtlaw.com <br> kcollier@fbtlaw.com <br> *Counsel for Res-Care Ohio, Inc.* |